

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-21-00252-CV

**IN RE TARA & KEVIN BOVE,**
Relators

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-22591
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice[1]
          Beth Watkins, Justice
          Liza A. Rodriguez, Justice

Relators' petition for writ of mandamus and motion for temporary relief are denied. An opinion will be forthcoming.

It is so **ORDERED** on this 22nd day of June, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1]Dissents to the denial without requesting a response.